# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | DOCKET NO: 3:19cr15 |
| V.                          ) | ORDER |
| ) | |
| EDGARDO L. MURCIA MONTIUFAR ) | |
| _____ ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **EDGARDO L. MURCIA MONTIUFAR.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ORDERED that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: September 23, 2019

Frank D. Whitney
Chief United States District Judge