**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:19-CR-00015-FDW-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| EDGARDO LEONEL MURCIA | ) | |
| MONTUFAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      **THIS MATTER** is before the Court on the United States' Motion to Dismiss the Indictment, (Doc. No. 4). Leave of Court is hereby granted for the dismissal, without prejudice, of the Bill of Indictment in the above-captioned case.

      The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

      **IT IS SO ORDERED.**

Signed: August 5, 2024

Frank D. Whitney
United States District Judge

1